JOSEPH UPPER, appellant,

and

ASHBEL GREEN, receiver &c., respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *North River Construction Co.'s Case, 11 Stew. Eq. 433.*

*Mr. F. W. Stevens,* for appellant, cited :

*Rev. 188 ; Del., Lack. & West. R. R. Co.* v. *Oxford Iron Co., 6 Stew. Eq. 192 ; Bedford* v. *Newark Machine Co., 1 C. E. Gr. 120 ; Story's Eq. Jur.* § *1047; Adams's Eq. Jur.* *54; Receivers of New Jersey Midland Co.* v. *Wortendyke, 12 C. E. Gr. 660 ; Coe* v. *Midland Railway Co., 4 Stew. Eq. 105 ; Shinn* v. *Budd, 1 McCart. 234; Sheldon on Subrogation* § *246 ; Hoover* v. *Epler, 52 Pa. St. 522 ; Abbott* v. *Balt. & Rap. Steam Packet Co., 4 Md. Ch. 317 ; Cottrill's Appeal, 11 Pa. St. 294; Gans* v. *Theime, 93 N. Y. 228 ; Tradesmen's Building Assn.* v. *Thompson, 5 Stew. Eq. 133.*

*Hon. John P. Stockton, Attorney-General,* for respondent.

PER CURIAM.

This decree affirmed for the reasons given by the chancellor.

For affirmance — The Chief-Justice, Depue, Magie, Reed, Scudder, Van Syckel, Brown, Cole, McGregor, Whitaker—10.

For reversal—Dixon, Clement, Paterson—3.